Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Tires Direct, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-8493795 |
| 4. | Debtor's address | **Principal place of business**<br>6101 Ball Road, Suite 102<br>Cypress, CA 90630<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**2800 Fowler Street Fort Myers, FL 33901**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Tires Direct, Inc.** _____    Case number (*if known*)_____
    Name

7. **Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes. ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply:*

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ■ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____    When _____    Case number _____
    District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor **Tires Direct, Inc.**  Case number (*if known*)
_____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Tires Direct, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/30/2021
MM / DD / YYYY

X _/s/ Signature_
Signature of authorized representative of debtor

**Sanjeet Singh Veen**
Printed name

Title  **President and CEO**

**18. Signature of attorney**

X _/s/_
Signature of attorney for debtor

Date January 30, 2021
MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**   Email address  **rb@lnbyb.com**

**143364 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Tires Direct, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-30-2021

X /s/ signature
Signature of individual signing on behalf of debtor

**Sanjeet Singh Veen**
Printed name

**President and CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Tires Direct, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Prometeon Tyre Group<br>100 Pirelli Drive<br>Rome, GA 30161 | A/R Department<br><br>1-800-747-3554 | Goods | Unliquidated Disputed Subject to Setoff | | | $3,000,000.00 |
| Aeolus Tyre Co., Ltd.<br>48 Jiaodong South Road<br>Jiaozuo, Henan China | Accounts<br><br>+86 391 399365 | Goods | Disputed | | | $1,700,000.00 |
| TBC Corporation<br>4300 TBC Way<br>Palm Beach Gardens, FL 33410 | Accounts<br><br>561-383-3100 | Goods | Disputed | $850,000.00 | $120,000.00 | $730,000.00 |
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Robert Hildebrand<br><br>239-938-9125 | Taxes | | | | $650,000.00 |
| Qingdao Everich Tire Co.<br>Room 1209, Zhonghai International Plaza No.237 Wannianquan Rd<br>Qungdao, China | Angelina<br><br>info@everichtire.com | Goods | Disputed | | | $150,000.00 |
| ABF Freight Systems<br>4242 IRVING BLVD.<br>Dallss, TX 75247 | Craig Luffy<br><br>(469)-453-4600 | Shipping Services | | | | $108,045.00 |
| Suntrust Bank<br>8851 Conroy-Windermere Rd.<br>Orlando, FL 32835 | Comercial Banking<br><br>866-476-1460 | Line of Credit | | | | $100,000.00 |

Debtor  **Tires Direct, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Gordon H. Ira, Jr. and Joice M. Ira 1200 Riverplace Boulevard, Suite 800 Jacksonville, FL 32207 | Joice Ira 904-771-0214 | Real Property Lease | | | | $80,000.00 |
| Florida Tire Supply PO BOX 746342 Atlanta, GA 30374 | A/R Department (863) 967-4111 | Goods | | | | $79,386.27 |
| C.H. Robinson PO Box 9121 Minneapolis, MN 55480 | Phil Collins 816.949.6604 | Shipping Services | | | | $77,000.00 |
| OEC Shipping, Inc. 13100 Alondra Blvd. Suite 100 Cerritos, CA 90703 | Jonathan Nava jnava.lax@oecgroup.com 562.926.7186 | Shipping Services | | | | $66,000.00 |
| Red River Logistics PO Box 1259 Keller, TX 76248 | Accounts 817 422 5922 | Shipping Services | | | | $60,050.31 |
| Best Way Freight, Inc. 715 S. Maple Ave Montebello, CA 90640 | Marco (323) 271-4637 | Shipping Services | | | | $40,000.00 |
| J.B. Hunt Transport PO BOX 847977 Dallas, TX 75284 | Hope Stephenes 800-643-3622 | Shipping Services | | | | $20,989.00 |
| Baxter Bailey 1630 Goodman Rd. E. Ste 1 Southaven, MS 38671 | Paul Fowler (662) 258-1928 | Shipping Services | | | | $16,570.00 |
| Mohawk PO BOX 849505 Boston, MA 02284 | Cory Gibbons 781-741-1623 | Equipment Purchase | | | | $14,424.56 |
| Toyota Finance PO BOX 660926 Dallas, TX 75266 | Urbano Robledo (972) 443-7569 | Secured Lease or Purchase of Hino Trucks | | $38,786.06 | $30,000.00 | $8,786.06 |
| Aramark PO BOX 731676 Dallas, TX 75373 | A/R Department AUSaccountsrec@aramark.com | Servies | | | | $8,380.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender 143364<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: 143364 CA<br>rb@lnbyb.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

In re:

Tires Direct, Inc.

Debtor(s).

CASE NO.:
CHAPTER: 11

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 1-30-2021            Signature of Debtor 1

Date: _____        Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____        Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

Tires Direct, Inc.
6101 Ball Road, Suite 102
Cypress, CA 90630


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


ABF Freight Systems
4242 IRVING BLVD.
Dallss, TX 75247


Aeolus Tyre Co., Ltd.
48 Jiaodong South Road
Jiaozuo, Henan China


Aramark
PO BOX 731676
Dallas, TX 75373


Baker & Hostetler LLP
11601 Wilshire Blvd suite 1400
Los Angeles, CA 90025


Baxter Bailey
1630 Goodman Rd. E. Ste 1
Southaven, MS 38671

Best Way Freight, Inc.
715 S. Maple Ave
Montebello, CA 90640


Burford Perry, LLP
Matt Parks   2 Houston Center
909 Fannin St., Ste 2630
Houston, TX 77010


C.H. Robinson
PO Box 9121
Minneapolis, MN 55480


CargoBarn
302 N. Market St. #400
Dallas, TX 75202


Cintas
PO BOX 630910
Cincinnati, OH 45263


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Evans Delivery
PO BOX 62892
Baltimore, MD 21264

```
Florida Department
of Revenue
PO Box 6668
Tallahassee, FL 32314-6668


Florida Tire Supply
PO BOX 746342
Atlanta, GA 30374


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


GDLS&K
Richard M. Wortman, Esq.
707 Wilshire Blvd. - Ste. 4150
Los Angeles, CA 90017


Gordon H. Ira, Jr. and Joice M. Ira
1200 Riverplace Boulevard, Suite 800
Jacksonville, FL 32207


Industrial Power Truck & Equipment
436 Powerhouse St
McKinney, TX 75071


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346
```

J.B. Hunt Transport
PO BOX 847977
Dallas, TX 75284


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Magna Tyres Inc.
100 Allstate Parkway #503
Markham, Ontario L3R 6H3


Marlin Business Bank
2795 E. Cottonwood Pkwy.
Salt Lake City, UT 84121


Mohawk
PO BOX 849505
Boston, MA 02284


OEC Shipping, Inc.
13100 Alondra Blvd. Suite 100
Cerritos, CA 90703


Prometeon Tyre Group
100 Pirelli Drive
Rome, GA 30161


Qingdao Everich Tire Co.
Room 1209, Zhonghai International Plaza
No.237 Wannianquan Rd
Qungdao, China

```
Red River Logistics
PO Box 1259
Keller, TX 76248


Richard F. Ingle, Esq.
Principal
500 N. State College Blvd., Suite 1
Orange, CA 92868


Southern Dock Products
PO Box 840602
Dallas, TX 75284


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Suntrust Bank
8851 Conroy-Windermere Rd.
Orlando, FL 32835


Suntrust Bank
211 Perimeter Center Pkwy.
Atlanta, GA 30346


TBC Corporation
4300 TBC Way
Palm Beach Gardens, FL 33410


Toyota Finance
PO BOX 660926
Dallas, TX 75266
```

Toyota Industries
Commercial Finance, Inc.
P.O. Box 9050
Coppell, TX 75019


Zumpano Castro, PLLC
Daniel Zumpano, Esq.,
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146

## TIRES DIRECT, INC.
## BOARD RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE

January 29, 2021

The following Resolutions were duly enacted by a unanimous vote of the Board of Directors (the "Board") of Tires Direct, Inc. ("TDI"), at a duly noticed meeting of the Board held on January 29, 2021, and the same shall remain in full force and effect, without modification, unless and until the Board adopts a further resolution to the contrary:

RESOLVED, that TDI shall file a voluntary petition under chapter 11 of the Bankruptcy Code on the date determined by Sanjeet Singh Veen (the "Designated Officer"), in his capacity as the President and Chief Executive Officer of TDI, after consultation with counsel, to be in the best interests of TDI, its creditors and other parties in interest. The Designated Officer is authorized to sign the voluntary chapter 11 bankruptcy petition and all related documents for TDI as the authorized representative of TDI.

FURTHER RESOLVED, that, in his capacity as the Designated Officer, Sanjeet Singh Veen is hereby authorized to cause TDI to employ any professionals to represent or assist TDI in connection with TDI's chapter 11 bankruptcy case that Sanjeet Singh Veen deems to be in the best interests of TDI;

FURTHER RESOLVED, that following the filing of TDI's chapter 11 bankruptcy case, Sanjeet Singh Veen, in his capacity as the Designated Officer, is hereby authorized on behalf of and in the name of TDI to execute and file and to cause counsel to TDI to prepare with the assistance of TDI as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with TDI's bankruptcy case, and to take any and all action that the Designated Officer deems necessary and proper in connection with TDI's bankruptcy case without the need for any further approval of the Board unless the Board subsequently decides to the contrary. Such actions that Sanjeet Singh Veen has the authority to cause TDI to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating counsel and other professionals; seeking Bankruptcy Court approval for TDI to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring

and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving TDI; selling or liquidating some or substantially all of TDI's assets; causing TDI to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing TDI to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court. Sanjeet Singh Veen also has the power to designate any other representative of TDI with the power and authority to execute any documents, pleadings, etc. on behalf of TDI.

FURTHER RESOLVED, that Sanjeet Singh Veen, in his capacity as the Chairperson and sole member of the Board, is authorized to sign these Resolutions of the Board.

IN WITNESS WHEREOF, the Board has authorized, adopted, ratified and approved the above resolutions.

SOLE DIRECTOR AND CHAIRPERSON:

_____
SANJEET SINGH VEEN