Mark M. Sharf
6080 Center Dr., Suite 600
Los Angeles,   CA 90045
Tel:  (818)961-7170

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-10245-SC |
| TIRES DIRECT,  INC. | Chapter 7 |
| Debtor(s). | **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** |
| | [No Hearing Required] |

**TO THE U.S. BANKRUPTCY COURT-ASSET CLOSING SECTION, U.S. TRUSTEE, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:**

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account. Professional persons are notified that the last day for filing applications for compensation is twenty-one (21) days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated:  May 12, 2026

  /s/ Mark M. Sharf  
Mark M. Sharf, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

6080 Center Dr., Suite 600, Los Angeles, CA 90045

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): _____ NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____5/12/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd M Arnold      tma@lnbyg.com
Ron Bender     rb@lnbyg.com
Shraddha Bharatia      notices@becket-lee.com
Peter Ko Chu      peter.chu@wilsonelser.com, pcsfi@yahoo.com
Arturo Cisneros      arturo@mclaw.org, CACD_ECF@mclaw.org
Jeremy Faith      Jeremy@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com
Eric D Goldberg      eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
Nancy S Goldenberg      nancy.goldenberg@usdoj.gov
Monserrat Morales      Monsi@MarguliesFaithLaw.com,
Vicky@MarguliesFaithLaw.com;Helen@marguliesfaithlaw.com;Angela@MarguliesFaithlaw.com
Donald W Reid      don@donreidlaw.com, angie@donreidlaw.com;don@ecf.courtdrive.com
Nanette D Sanders       becky@ringstadlaw.com, arlene@ringstadlaw.com
Mark M Sharf (TR)      mark@sharflaw.com,
C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
Nathan F Smith      nathan@mclaw.org,
CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com;cvalenzuela@mclaw.org
United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____5/12/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By instructing CertificateofService.com to serve the foregoing document by mailing it, first class mail via the United States Postal Service, to all persons and entities on the mailing matrix in this case.  A further document will be filed evidencing said service.

Hahn Fife & Company LLP
1055 E. Colorado Blvd, 5th Floor
Pasadena, CA 91106

Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd Ste 1700
Los Angeles, CA 90067

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**

Malcolm Cisneros
2112 Business Center Drive
Irvine, CA 92612

Malcolm Cisneros A Law Corporation
2112 Business Center Dr,
Irvine, CA 92612

Margulies Faith LLP
16030 Ventura Blvd Ste 470
Encino, CA 91436

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/12/2026 | Mark M. Sharf | /s/ Mark M. Sharf |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**